UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1362
(5:20-cv-00254-BO)

_____

SUMMIT HOSPITALITY GROUP, LTD

    Plaintiff - Appellant

v.

THE CINCINNATI INSURANCE COMPANY

    Defendant - Appellee

-------------------------------

UNITED POLICYHOLDERS

    Amicus Supporting Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Thacker, and Judge Harris.

                                      For the Court

                                      /s/ Patricia S. Connor, Clerk